AO106 (Rev. 12/03) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

One (1) Sony Ericsson Cellular Telephone
Serial Number: 612KPWQO154953
FCC ID Number: BEJVX9900

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: '07 MJ 8889

I, __Stewart E. Harvey__ being duly sworn depose and say:

I am a(n) __Special Agent with U. S. Immigration & Customs Enforcement__ and have reason to believe
Official Title

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the __SOUTHERN__ District of __CALIFORNIA__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

REFER TO ATTACHMENT B

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

electronic data that constitutes evidence of a criminal offense, and electronic data which is
and has been used as the means for committing a criminal offense.

concerning a violation of Title __21__ United States code, Section(s) __841(a)(1), 846, 952 & 960__

The facts to support a finding of probable cause are as follows:

REFER TO AFFIDAVIT OF ICE SPECIAL AGENT STEWART HARVEY.

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

__10-29-07 @ 11:25 a.m.__  at  __EL CENTRO__, __CALIFORNIA__
Date                            City              State

Peter C. Lewis                 U.S. Magistrate Judge
Name of Judge                  Title of Judge              Signature of Judge

**ATTACHMENT B**

**PROPERTY/ITEMS TO BE SEIZED**

The items to be seized are electronic data that constitute evidence of the commission of a criminal offense, and electronic data which is and has been used as the means for committing a criminal offense. The specific criminal offenses involved are violations of Title 21, United States Code, Sections 952 and 960, Importation of a Controlled Substance, Title 21, United States Code, Sections 841(a)(1), Possession of a Controlled Substance with intent to Distribute, and Title 21, United States Code, Section 846, Attempt and Conspiracy. The items to be seized include the electronic data described below:

1. The phone numbers and/or direct connect and/or names and identities assigned to cellular telephone;

2. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names, and identities stored in the directories;

3. Phone numbers and direct connect numbers dialed from the cellular telephone and stored in memory;

4. The last number dialed from the cellular telephone and;

5. Any other electronic information in the stored memory of the cellular telephone, including text messages and voicemail, relating to violations of Title 21, United States Code, Sections 952 and 960, Importation of a Controlled Substance, Title 21, United States Code, Sections 841(a)(1), Possession of a Controlled Substance with Intent to Distribute, and Title 21, United States Code, Section 846, Attempt and Conspiracy.

## **ATTACHMENT A**

## **PROPERTY/ITEMS TO BE SEARCHED**

The property/items to be searched are described as:

One (1) Sony Ericsson Cellular Telephone, Serial Number: 612KPWQO154953

FCC ID Number: BEJVX9900, presently in the custody of U. S. Immigration and

Customs Enforcement, 333 Waterman Avenue, El Centro, California.